## CASE ANNOUNCEMENTS

*January 11, 2008*

[Cite as *01/11/2008 Case Announcements,* 2008-Ohio-66.]

## MOTION AND PROCEDURAL RULINGS

2007–0615.   **Rhodes v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–M–1098. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the Hamilton County Auditor's motion for leave to permit amici curiae to participate in oral argument,
It is ordered by the court that the motion is granted, and amici curiae shall share the time allotted to appellee.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–2116.   **State ex rel. Dolgencorp, Inc. v. Indus. Comm.**
Franklin App. No. 06AP–1217, 2007-Ohio-5087.

## CASE ANNOUNCEMENTS

*January 14, 2008*

[Cite as *01/14/2008 Case Announcements,* 2008-Ohio-71.]

## MOTION AND PROCEDURAL RULINGS

2007–0507.   **Albrecht v. Treon.**
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, No. 1:06CV274. This cause is pending before the court on the certification of a state law question from the United States District Court for the Southern District of Ohio, Western Division. Upon consideration of respondent's motion for leave to file a response to amici curiae reply briefs,
It is ordered by the court that the motion is denied.
PFEIFER, J., dissents.

## CASE ANNOUNCEMENTS

*January 15, 2008*

[Cite as *01/15/2008 Case Announcements,* 2008-Ohio-97.]

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–2020.   **State ex rel. DaimlerChrysler Corp. v. Indus. Comm.**
Franklin App. No. 06AP–968, 2007-Ohio-4799.